IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| B.I.V.R. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | NO. 22-5143 |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 27th day of August, 2024, upon consideration of Plaintiff's request for review (Doc. 6), the response (Doc. 9), Plaintiff's reply (Doc. 10), and after careful consideration of the administrative record (Docs. 5 & 11), for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that:

1. Judgment is entered REVERSING the decision of the Commissioner of Social Security.

2. The relief sought by Plaintiff is GRANTED and the matter is REMANDED to the Commissioner of Social Security for an award of benefits, consistent with the accompanying memorandum.

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.